UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICK MCCLENDON                              CIVIL ACTION

VERSUS                                         NO: 14-1248

N. BURL CAIN, WARDEN                           SECTION "N" (5)

## JUDGMENT

The Court, having considered the petition, the applicable law and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED AND DECREED** that Patrick McClendon's 28 U.S.C. §2254 petition for federal *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 27th day of June, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE